## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| **TIMOTHY ALLEN RAINEY**, | * | |
| Petitioner, | * | |
| v. | * | Case No.: 15-3234 |
| **MERIT SYSTEMS PROTECTION BOARD**, | * | |
| | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ENTRY OF APPEARANCE**

Please enter my appearance as counsel for Petitioner Timothy Allen Rainey.

I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

I was admitted to the Federal Circuit on August 31, 2015.

Respectfully submitted,

 /s/  Larry S. Gibson
Larry S. Gibson – Federal Bar No. 09090
Attorney for Petitioner

Shapiro Sher Guinot & Sandler
250 West Pratt Street, 20th Floor
Baltimore, Maryland  21201
lsg@shapirosher.com
Telephone:  (410) 385-0202
Facsimile:  (410) 539-7611

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of October, 2015, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system.

      /s/　Larry S. Gibson
      Larry S. Gibson